IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02428-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Experian Information Solutions, Inc.'s Motion for Leave to Appear at Rule 16 Scheduling Conference Via Telephone** [Docket No. 14; Filed November 30, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Defendant Experian Information Solutions, Inc. shall appear by telephone at the Scheduling Conference set for December 15, 2009 at 11:00 a.m.  At the date and time of the conference, counsel shall contact chambers at (303) 335-2770.

Dated:  December 3, 2009