IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02428-PAB-KLM

RONALD J. NAGIM,

  Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

  Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on **Defendant Trans Union LLC's Unopposed Motion for Leave to Attend Rule 16(B) Scheduling/Planning Conference Via Telephone** [Docket No. 26; Filed December 8, 2009] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Defendant Trans Union LLC shall appear by telephone at the Scheduling Conference set for December 15, 2009 at 11:00 a.m.  At the date and time of the conference, counsel shall contact chambers at (303) 335-2770.

Dated:  December 8, 2009