IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02428-PAB-KLM

RONALD J. NAGIM,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Equifax Information Services LLC's Unopposed Motion for Leave to Allow Lead Counsel to Participate Telephonically in Scheduling Conference** [Docket No. 33; Filed December 9, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Lead counsel for Defendant Equifax Information Services LLC shall appear by telephone at the Scheduling Conference set for December 15, 2009 at 11:00 a.m.  At the date and time of the conference, counsel shall contact chambers at (303) 335-2770.

      IT IS FURTHER **ORDERED** that <u>all</u> Defense counsel shall contact chambers at (303) 335-2770 on December 15, 2009 at 11:00 a.m. on a single conference call line in order to participate in the Scheduling Conference.

Dated:  December 9, 2009