IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02428-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Removal of Default Judgment** [Docket No. 23; Filed December 1, 2009] (the "Motion"). Plaintiff seeks to withdraw his Motion for Default Judgment [Docket No. 17].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Plaintiff's Motion for Default Judgment is **STRICKEN**.

Dated:  February 19, 2010