IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02428-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION, LLC,

    Defendant(s).

## ORDER DENYING STAY AND MOTION TO DISMISS AS MOOT

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Stay of Discovery** [Docket No. 55; Filed March 31, 2010] ("Plaintiff's Motion").  Although not entirely clear, the Court interprets Plaintiff's Motion as a request to stay all discovery propounded to him because the responses are either too difficult to compile or because Plaintiff has not had access to the information relevant to his lawsuit since his 2005 divorce.  The Court reminds Plaintiff that he is a voluntary litigant in a federal lawsuit.  He chose to pursue his claims knowing that affirmative efforts to prosecute his case would be required.  To the extent that Plaintiff asks to be relieved of that responsibility, the Motion is not well taken.

IT IS HEREBY **ORDERED** that Plaintiff's Motion [#55] is **DENIED.**

This matter is also before the Court on **Defendant Trans Union LLC's Amended Motion to Dismiss Under Rule 12(b)(6) or in the Alternative Motion for More Definite Statement** [Docket No. 21; Filed December 1, 2009] ("Defendant's Motion").  Since the

filing of Defendant's Motion, Plaintiff has been given leave to file an Amended Complaint [Docket No. 44], and Defendant Trans Union LLC has filed a new responsive pleading [Docket No. 52]. The filing of an amended pleading supercedes the previously filed complaint. *Mink v. Suthers*, 482 F.3d 1244, 1254 (10 Cir. 2007). As such, a motion to dismiss which is responsive to a superceded complaint is moot. *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006); *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (unpublished decision).

    IT IS HEREBY **ORDERED** that Defendant's Motion [#21] is **DENIED as moot**.

Dated: May 14, 2010

                                           BY THE COURT:

                                           s/ Kristen L. Mix
                                           U.S. Magistrate Judge
                                           Kristen L. Mix