IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02428-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANSUNION, LLC,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Trans Union LLC's Motion for Leave to File a Brief in Excess of Twenty Pages** [Docket No. 69; Filed August 19, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Pursuant to the Practice Standards of Judge Philip A. Brimmer, a motion to exceed the page limitations can only be granted for "good cause." Defendant Trans Union LLC has failed to provide good cause for exceeding the twenty-page limitation.

August 20, 2010