IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02428-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

    Defendants.

## ORDER

This matter is before the Court on defendant Trans Union, LLC's motion for costs [Docket No. 114] pursuant to Fed. R. Civ. P. 54(d)(1). Plaintiff has filed no response to the motion, and the Court identifies no reason to depart from the "presumption that the district court will award costs to the prevailing party." *Cantrell v. Int'l Bhd. of Elec. Workers*, 69 F.3d 456, 459 (10th Cir. 1995) (en banc). Therefore, it is

**ORDERED** that defendant Trans Union, LLC's motion for costs [Docket No. 114] is GRANTED. It is further

**ORDERED** that the Clerk of the Court shall review defendant Trans Union, LLC's proposed bill of costs, *see* Docket No. 113; *see also* Docket No. 114-1, and tax costs against plaintiff as appropriate pursuant to 28 U.S.C. § 1920.

DATED October 11, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge