IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-02428-PAB-KLM

RONALD J. NAGIM,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION, LLC,

    Defendants.

---

**ORDER**

---

This matter is before the Court on plaintiff's Motion to Show Cause [Docket No. 139], which the Court construes as a motion to reconsider the Court's April 26, 2012 order [Docket No. 138] denying motions filed by plaintiff [Docket Nos. 122, 135] which the Court had construed as motions to reconsider the Court's October 11, 2011 order [Docket No. 120].

In the October 11, 2011 order, the Court granted defendant Trans Union, LLC's motion for costs [Docket No. 114] pursuant to Fed. R. Civ. P. 54(d)(1). In the present motion, plaintiff contends that Trans Union failed to seek its costs in a timely manner. *See* D.C.COLO.LCivR 54.1 (requiring that requests for costs be filed "within 14 days after entry of the judgment or final order"). The Court already rejected this argument in the April 26, 2012 order, and plaintiff identifies no basis to reconsider it here. Final judgment entered in favor of Trans Union on May 13, 2011, *see* Docket No. 106, and

Trans Union filed a timely request for its costs at 10:22 a.m. on May 27, 2011.  *See* Docket No. 111.[1]  Therefore, it is

    **ORDERED** that plaintiff's Motion to Show Cause [Docket No. 139] is DENIED.

    DATED May 29, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge

---

[1] As the Court also previously noted, Trans Union was instructed to re-file its request using the Electronic Case Filing event corresponding with the title of its filing, *see* Docket No. 112, which Trans Union did on May 31, 2011.  *See* Docket No. 114; *see also* Docket No. 113.